Order entered January 10, 2013

000075



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00021-CV

## IN THE INTEREST OF L.B., A CHILD

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-543**

## ORDER
### Before Justices Moseley, Francis, and Fillmore

The Court has before it appellant Mary Judith Hunnicutt's January 8, 2013 emergency motion to suspend the trial court's judgment. The appeal is from the trial court's final order denying original petition for protection of a child, for conservatorship, and for termination in a suit affecting the parent-child relationship. Appellant asserts in the motion that the trial court's judgment requires her to return L.B. to her parents at 6:00 p.m. on Friday, January 11, 2013 without any oversight or supervision by either the Department of Family and Protective Services or other conservator of the child. Appellant further asserts that the child is not yet two years of age and her parents continue to struggle with drug use, domestic violence, and instability.

Although appellant attached several documents to the motion in support of her claim, appellant did not attach the reporter's record showing what evidence was considered by the trial court, nor has this Court otherwise received the reporter's record. Further, although the trial

court judgment indicates it was based on a directed verdict, neither the judgment nor the motion contains the rationale for the trial court's decision. Therefore, based on the lack of a record from the trial court, we conclude appellant has not shown entitlement to the relief she is requesting.

We **DENY** appellant's January 8, 2013 emergency motion to suspend the trial court's judgment.

_____
JIM MOSELEY
JUSTICE